[Cite as *State v. Campbell*, 2011-Ohio-3784.]

# IN THE COURT OF APPEALS
# FIRST APPELLATE DISTRICT OF OHIO
# HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | : | APPEAL NO. C-100705 |
| | | TRIAL NO. B-0808031 |
| Respondent-Appellee, | : | |
| vs. | : | *D E C I S I O N.* |
| WILLIAM CAMPBELL, | : | |
| Petitioner-Appellant. | : | |

Criminal Appeal From:  Hamilton County Court of Common Pleas

Judgment Appealed From Is:  Dismissed

Date of Judgment Entry on Appeal:  August 3, 2011

*Joseph T. Deters*, Hamilton County Prosecuting Attorney, and *Philip R. Cummings*, Assistant Prosecuting Attorney, for Respondent-Appellee,

*William Campbell*, pro se.

Please note:  we have removed this case from the accelerated calendar.

Per Curiam.

{¶1} Petitioner-appellant William Campbell appeals from the Hamilton County Common Pleas Court's judgment denying his petition for postconviction relief. He presents on appeal two assignments of error challenging the denial of his petition without a hearing. We dismiss the appeal because, without findings of fact and conclusions of law, the entry denying his postconviction petition is not a final appealable order.

{¶2} Campbell was convicted upon jury verdicts finding him guilty of aggravated vehicular homicide and operating a vehicle under the influence of alcohol. In his direct appeal to this court, we affirmed his convictions.[1] His appeal of our decision is pending before the Ohio Supreme Court.

{¶3} Campbell also sought relief from his convictions in a timely filed R.C. 2953.21 petition for postconviction relief. The common pleas court denied the petition, and this appeal followed.

{¶4} When dismissing or denying a timely filed postconviction petition, a common pleas court must make and file findings of fact and conclusions of law.[2] An entry dismissing or denying a postconviction petition "is incomplete and, thus, does not commence the running of the period for filing an appeal therefrom" if the entry does not contain findings of fact and conclusions of law, or if it does not otherwise apprise the petitioner of the basis for the decision or permit meaningful appellate review.[3]

---

[1] See *State v. Campbell* (Mar. 4, 2011), 1st Dist. No. C-090875.
[2] See R.C. 2953.21(C) and (G); *State v. Lester* (1975), 41 Ohio St.2d 51, 322 N.E.2d 656, paragraph two of the syllabus.
[3] *State v. Mapson* (1982), 1 Ohio St.3d 217, 218, 438 N.E.2d 910; see *State ex rel. Carrion v. Harris* (1988), 40 Ohio St.3d 19, 19-20, 530 N.E.2d 1330.

{¶5}   The entry denying Campbell's postconviction petition did not include findings of fact and conclusions of law.  Nor does the entry otherwise apprise Campbell of the basis for the court's decision or permit meaningful appellate review.  Therefore, the entry is not a final appealable order.   Accordingly, we dismiss Campbell's appeal.

Appeal dismissed.

**DINKELACKER, P.J., HILDEBRANDT** and **FISCHER, JJ.**

Please Note:

The court has recorded its own entry on the date of the release of this decision.